JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRA MAGDALEN W., | Case No. 2:22-cv-03918-KES |
| Plaintiff, | |
| v. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Social Security Commissioner is reversed and this matter is remanded for further proceedings consistent with the Opinion.

DATED: May 11, 2023

_____
KAREN E. SCOTT
United States Magistrate Judge